THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-164-JCC-1 |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| FREDY A. LANCHEROS SANCHEZ, | |
| Defendant. | |

THE COURT has considered Fredy Alexander Lancheros Sanchez's unopposed motion to extend the due date for pretrial motions from September 19, 2025, to September 26, 2025, along with the records in this case.

IT IS ORDERED that the pretrial motions deadline is extended to September 26, 2025.

DATED this 18th day of September 2025.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *J. Leonardo Costales*
Assistant Federal Public Defender
Attorney for Fredy Lancheros Sanchez

ORDER TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*US v. Lancheros Sanchez*, No. CR23-164-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100