THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FREDY A. LANCHEROS SANCHEZ, *et al.*,<br><br>　　　　　　　　　Defendants. | CASE NO. CR23-0164-JCC<br><br>ORDER TO SHOW CAUSE |

　　　On May 8, 2024, Fredy Alexander Lancheros Sanchez, Ruben Dario Rubio Rodriguez, Virgilio Prada Bonilla, Henry Mendoza Bojorquez, and Andres Orlando Taborda Quintero were charged by second superseding indictment with conspiracy, money laundering, and/or the attempted importation of cocaine. (*See* Dkt. No. 23.) Mr. Lancheros Sanchez was the first to be arrested. After the court set an initial trial date, (*see* Dkt. No. 46), Mr. Lancheros Sanchez moved to continue trial. (Dkt. No. 59.) The Court granted the request and tolled Mr. Lancheros Sanchez speedy trial period in accordance with 18 U.S.C. § 3161(h)(7). (*See* Dkt. No. 60.)

　　　Mr. Rubio Rodriguez and Mr. Mendoza Bojorquez were arrested next. Following their initial appearances and arraignments, the Court set a February 9, 2026 trial date for each. (*See* Dkt. Nos. 69, 75.) But, as far as the Court is aware, there is no basis to sever trial between Mr. Rancheros Sanchez, Mr. Rubio Rodriguez and Mr. Mendoza Bojorquez. Thus, the trial date(s) for each need to align.

The parties are ordered to SHOW CAUSE why the trial date and pretrial motion(s) deadline for Mr. Rubio Rodriguez and Mr. Mendoza Bojorquez should not be reset to that of Mr. Lancheros Sanchez (pretrial motions due April 10, 2026, with trial commencing June 8, 2026). In so doing, the parties shall also address any concerns they may have regarding tolling Mr. Rubio Rodriguez's and Mr. Mendoza Bojorquez's speedy trial clock in accordance with 18 U.S.C. § 3161(h)(6). *See United States v. Messer*, 197 F.3d 330, 337 (9th Cir. 1999). Responses are due no later than January 22, 2026.

DATED this 15th day of January 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE