Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDY ALEXANDER LANCHEROS SANCHEZ, et al.,<br><br>Defendants. | NO. CR23-0164-JCC<br><br>[Proposed]<br>STIPULATED CASE SCHEDULING ORDER |

This Court has considered all of the representations made regarding the need for a continuance of the trial date.

THE COURT FINDS, for the reasons set forth in the stipulated motion, including the nature and complexity of the discovery in this matter, and the very recent extradition of some of the co-defendants, and for all of the other reasons set forth by the parties, that the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained in the Indictment, and again the

Stipulated Case Scheduling Order- 1
*United States v. Lancheros Sanchez, et al.*, CR23-164JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

complexity of the discovery, much of which is in the Spanish language that it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself without a continuance of the trial and pretrial motions dates. *See id.* § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendants in a more speedy trial.

THE COURT, having considered the views of the parties, sets the following schedule:

| EVENT | DATE ORDERED |
| --- | --- |
| Defense disclosure of affirmative defenses | December 1, 2026 |
| Government's expert disclosure (case-in-chief) | December 15, 2026 |
| Defense expert disclosure (case in chief) | January 8, 2027 |
| Government rebuttal expert disclosure | January 22, 2027 |
| General pretrial motions deadline | February 1, 2027 |
| Government's notice of intent to admit evidence pursuant to Fed. R. Evid. 404(b) | February 8, 2027 |
| Government's proposed draft translations/transcripts of recorded or intercepted Spanish language calls/meetings to defense | February 8, 2027 |
| Parties to file motions re: Rule 404(b) and initial motions *in limine* | February 15, 2027 |
| Government's production of Jencks Act and Rule 26.2 statements and *Giglio* impeachment materials | March 1, 2027 |
| Defendants' production of Rule 26.2 statements | March 8, 2027 |
| Defense objections to government proposed draft translations/transcripts of Spanish language calls/meetings; defense proposed additional proposed draft translations/transcripts of recorded or intercepted Spanish language calls/meetings to the government | March 8, 2027 |

Stipulated Case Scheduling Order- 2
*United States v. Lancheros Sanchez, et al.*, CR23-164JCC

| Government's filing of trial brief, witness list, exhibit list and proposed jury instructions | April 12, 2027 |
|---|---|
| Defendants' filing of trial brief, witness list, exhibit list and proposed jury instructions | April 16, 2027 |
| Trial | April 26, 2027 |

The period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED this 29th day of April, 2026.

_____
THE HON. JOHN C. COUGHENOUR
United States District Judge

Presented by:

_/s/ Vincent T. Lombardi_
VINCENT T. LOMARDI
Assistant United States Attorney

Stipulated Case Scheduling Order- 3
*United States v. Lancheros Sanchez, et al.*, CR23-164JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970